

**SO ORDERED.**
**SIGNED this 7th day of October, 2022**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

*/s/ Shelley D. Rucker*
Shelley D. Rucker
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TENNESSEE**

| | |
|---|---|
| **In re** | **Case No. 2:20-bk-52015-SDR** |
| **NEOPHARMA, INC.,** | **Chapter 11** |
| Debtor. | |
| **In re** | **Case No. 2:20-bk-52016-SDR** |
| **NEOPHARMA TENNESSEE LLC,** | |
| Debtor. | **Jointly Administered** |

**FINAL DECREE CLOSING THE CHAPTER 11 CASES**

Upon the motion (the "Motion")[1] of Gary M. Murphey, the Liquidating Trustee (the "Liquidating Trustee") of the above-captioned Debtors (collectively, the "Debtors"), for entry of an order (this "Order ) closing these Chapter 11 Cases, as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b), and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

1

the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the Liquidating Trustee's notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and upon the record of the hearing held by the Court, if any, and all of the proceedings herein; and, after due deliberation, this Court having determined that the legal and factual bases set forth in the Motion establish good and sufficient cause for the relief granted herein, it is

HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The dockets of the Chapter 11 cases *In re Neopharma, Inc.*, Case No. 2:20-bk-52015-SDR (the "Neopharma, Inc. Case") and *In re Neopharma Tennessee LLC*, Case No. 2:20-bk-52016-SDR (the "Neopharma Tennessee Case") are hereby closed; *provided that* the court shall retain jurisdiction in accordance with Article XII of the Joint Plan (Retention of Jurisdiction).

3. Entry of this Order is without prejudice to the rights of the Liquidating Trustee or the Debtors to seek to reopen the Chapter 11 Cases for good cause shown in accordance with 11 U.S.C. § 350(b). Upon reopening of any of the Chapter 11 Cases, quarterly fees will be imposed and paid pursuant to 28 U.S.C. § 1930(a)(6) and calculated based upon all disbursements for the period of reopening.

4. The terms, conditions, and provisions of this Order shall be immediately effective and enforceable upon its entry.

5. The Liquidating Trustee and his agents are authorized to take any and all actions reasonably necessary or appropriate to effectuate the relief granted pursuant to this Order and in accordance with the Motion.

6. Notice of the Motion shall be deemed good and sufficient, and the applicable requirements of the Bankruptcy Rules and Local Bankruptcy Rules have been satisfied.

7. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

8. The Liquidating Trustee shall reserve sufficient funds to pay the Office of the U.S. Trustee the amount of any outstanding quarterly fees due pursuant to 28 U.S.C. § 1930 and any applicable interest due pursuant to 31 U.S.C. § 3717, which fees and interest, if any, shall be paid within fifteen (15) days of the entry of this Order. Within five (5) days after the entry of the Order, the Liquidating Trustee shall provide to the U.S. Trustee an affidavit indicating cash disbursements for the period from April 1, 2022 to the date that the Order has been entered, including any distributions anticipated to be made to close out the case to calculate any remaining fees due.

(###)

**ORDER SUBMITTED BY:**

**POLSINELLI PC**

*/s/ Andrew J. Nazar*
Andrew J. Nazar (Missouri Bar No. 57928) (admitted *Pro Hac Vice*)
900 West 48th Place, Suite 900
Kansas City, Missouri 64112
Phone: (816) 753-1000
Facsimile: (816) 753-1536
anazar@polsinelli.com

— and —

Deionna Ferguson (Missouri Bar No. 72797) (admitted *Pro Hac Vice*)
100 South Fourth Street, Suite 1000
St. Louis, Missouri 63102
Phone: (314) 889-8000
Facsimile: (314) 231-1776
deferguson@polsinelli.com

— and —

Michael Malone (Tenn. Bar No. 031219)
401 Commerce Street, Suite 900
Nashville, Tennessee 37219
Telephone:  (615) 259-1567
Facsimile:  (615) 523-1795
mmalone@polsinelli.com

4